UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                :

UNITED STATES OF AMERICA         :

                                :        1:25-CR-00498-CM-3

          -against-             :            ORDER

                                :

NICHOLAS BROOKS,             :

         Defendant.          :
-------------------------------------------------------------X

Colleen McMahon, United States District Judge:

Upon the report of Pretrial Services, it is hereby ORDERED that the defendant's bail is modified to include the following condition of release:

    - Maintain a residence approved by Pretrial Services, and make no residential changes without prior approval of Pretrial Services.

Dated:  New York, New York
        May 7, 2026

                                   SO ORDERED:

                                   Colleen McMahon
                                 United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-7-26

4