UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                        :

UNITED STATES OF AMERICA          :

                        :         1:25-CR-00498-CM-3

      -against-             :         ORDER

                        :

NICHOLAS BROOKS,             

                        :

      Defendant.           :
------------------------------------------------------------------X

Colleen McMahon, United States District Judge:

Upon the report of Pretrial Services, it is hereby ORDERED that the defendant's bail is modified
to include the following condition of release:

    - Maintain a residence approved by Pretrial Services, and make no residential changes
      without prior approval of Pretrial Services.


Dated:  New York, New York
       May 13, 2026

                                  SO ORDERED:

                                  Colleen McMahon
                                  United States District Judge

SDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/13/2026

4